**Order entered October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00269-CV

### IN RE TONY RAMJI, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06945**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **GRANT** the agreed motion to dismiss,

**DENY** relator's motion for rehearing as moot, and **DISMISS** this original proceeding.

/s/    CRAIG STODDART
       JUSTICE